IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA

No. 3:25-cv-605

| | |
|---|---|
| IGNATIUS PATTERSON,<br><br>Plaintiff,<br><br>v.<br><br>QUIKTRIP CORPORATION,<br><br>Defendant. | **NOTICE OF REMOVAL** |

COMES NOW Defendant QuikTrip Corporation ("QuikTrip" or "Defendant"), by and through the undersigned counsel, and hereby removes Case No. 25CV033437-590, *Ignatius Patterson v. QuikTrip Corporation*, an action from the Superior Court of Mecklenburg County in the State of North Carolina ("State Court Action"), to the United States District Court for the Western District of North Carolina. QuikTrip removes the State Court Action under 28 U.S.C. §§ 1332 and 1446, on the factual and legal grounds discussed below.

I. **PLEADINGS, PROCESS, AND ORDERS**

1. On or about July 2, 2025, Plaintiff Ignatius Patterson ("Plaintiff") commenced the State Court Action. On or about July 11, 2025, Plaintiff filed an Amended Complaint.

2. On July 15, 2025, QuikTrip was served with a Summons and the Amended Complaint.

3. A complete copy of the file from the State Court Action, including a copy of the Summons, Amended Complaint, and all pleadings, process, and orders served on QuikTrip, as well as a copy of the docket sheet and all documents filed in the State Court Action is attached hereto as **Exhibit A**, in accordance with 28 U.S.C. § 1446(a).

## II. DIVERSITY JURISDICTION

4. The State Court Action is removable under 28 U.S.C. § 1332(a), which provides for federal diversity jurisdiction. In order to establish diversity jurisdiction, a party must show: (1) the parties are completely diverse, meaning that the citizenship of every plaintiff must be different from the citizenship of every defendant, and (2) the amount in controversy exceeds $75,000. *Cent. W. Virginia Energy Co. v. Mountain State Carbon, LLC*, 636 F.3d 101, 103 (4th Cir. 2011).

5. Plaintiff alleges he is domiciled in, and therefore a citizen of, the State of North Carolina. (Compl., at ¶ 1).

6. For federal diversity jurisdiction purposes, a corporation is a citizen of the states in which it has been incorporated and in which it has its principal place of business. *Cent. W. Virginia Energy Co. v. Mountain State Carbon, LLC*, 636 F.3d 101, 102 (4th Cir. 2011). QuikTrip is incorporated and has its principal place of business and executive offices in the State of Oklahoma. Therefore, QuikTrip is a citizen of Oklahoma.

7. Because Plaintiff and QuikTrip are citizens of different states, complete diversity of citizenship exists between the parties for purposes of diversity jurisdiction under 28 U.S.C. § 1332(a)(1).

8. When a defendant removes to Federal Court on the basis of diversity jurisdiction, the defendant need only plausibly allege that the amount in controversy exceeds $75,000. *See Dart v. Cherokee Basin Operating Co., LLC v. Owens*, 574 U.S. 81, 86 (2014).

9. Plaintiff's Complaint seeks at least $125,000 in alleged damages. (Compl., Prayer for Relief, at ¶¶ 1-2).

10. Without admitting any liability whatsoever, and the same being expressly denied, Plaintiff's own Complaint seeks damages far exceeding the $75,000 threshold. *Shanaghan v.*

*Cahill,* 58 F.3d 106, 112 (4th Cir. 1995) ("Unless the claim for an amount over the jurisdictional prerequisite is made in bad faith, or unless it is plain from the complaint that an amount less than the jurisdictional amount is all that is at issue, the district court has jurisdiction over the case.")

### III. TIMELINESS OF REMOVAL

11. This Notice of Removal is timely.

12. QuikTrip was served with the Summons and Complaint on July 15, 2025. (*See* **Exhibit A**).

13. QuikTrip now files this Notice of Removal within 30 days of receiving service of the Summons and Complaint. (*See* **id.**)

### IV. QUIKTRIP HAS SATISFIED ALL OTHER REQUIREMENTS FOR REMOVAL

14. Contemporaneously herewith, QuikTrip has filed a copy of this Notice of Removal in the General Court of Justice of Mecklenburg County, in the State of North Carolina, in accordance with 28 U.S.C. § 1446(d).

15. QuikTrip will contemporaneously serve Plaintiff with a copy of this Notice, pursuant to 28 U.S.C. § 1446(d).

WHEREFORE, Defendant QuikTrip Corporation respectfully removes this action, currently pending in the Superior Court of Mecklenburg County in the State of North Carolina, entitled *Ignatius Patterson v. QuikTrip Corporation*, and assigned Case No. 25CV033437-590, to the United States District Court for the Western District of North Carolina.

Respectfully submitted the 11th day of August, 2025.

                                           KAUFMAN & CANOLES, P.C.

By:   */s/ Joseph E. Houchin*
       Joseph E. Houchin
       N.C. State Bar No.: 42915
       4350 Lassiter at North Hills Ave., Ste. 350
       Raleigh, NC 27609
       Tel: 984-222-8104
       Fax: 888-360-9092
       Email: joseph.houchin@kaufcan.com
       *Attorney for QuikTrip Corporation*

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that on August 11, 2025, a copy of the foregoing NOTICE OF REMOVAL was electronically filed with the Clerk of Court using the CM/ECF system and by depositing a copy hereof, postage prepaid, in the United States Mail, to:

Crystal L.B. McBride
Bridgehouse Law LLP
112 S. Tryon St. Suite 1100
Charlotte, NC 28284
crystal.mcbride@bridgehouse.law
*Counsel for Plaintiff*

        KAUFMAN & CANOLES, P.C.

By:   */s/ Joseph E. Houchin*
      Joseph E. Houchin
      N.C. State Bar No.: 42915
      4350 Lassiter at North Hills Ave., Ste. 350
      Raleigh, NC 27609
      Tel: 984-222-8104
      Fax: 888-360-9092
      Email: joseph.houchin@kaufcan.com
      *Attorney for QuikTrip Corporation*